# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 226 MAL 2024
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the **Unpublished**
      v. : **Memorandum and Order** of the
: Superior Court at No. 912 EDA 2023
: entered on January 31, 2024,
CHRISTOPHER MICHAEL LEONARDI, : **affirming** the Judgment of Sentence
: of the Pike County Court of
      Petitioner : Common Pleas at No. CP-52-CR-
: 0000136-2022 entered on March 10,
: 2023

## ORDER

**PER CURIAM**                                        **DECIDED: June 24, 2025**

    **AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).